[No. 14896-0-II.   Division Two.   October 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES MICHAEL WINKLER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-1-00489-6, Milton R. Cox, J., entered March 27, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfield, A.C.J., and Houghton, J.

[No. 15125-1-II.   Division Two.   October 27, 1993.]

HAMAD K. AL-SILAIMAN, *Appellant*, v. DEANNA HICKS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-10980-3, Frederick B. Hayes, J., entered May 31, 1991. *Vacated* and *remanded* by unpublished opinion per Green, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.

[Nos. 14362-3-II; 14559-6-II;   Division Two.   October 27, 1993.]
14364-0-II.

WILLIAM IRISH, ET AL, *Respondents*, v. ROYCE C. KELLEY, ET AL, *Appellants*.

ROYCE C. KELLEY, ET AL, *Appellants*, v. TERRY MISSMAN, *Respondent*.

Appeals from judgments of the Superior Court for Kitsap County, Nos. 88-2-00663-8, 88-2-00073-7, William E. Howard, J., entered September 18, November 27, and September 19, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Petrich, J. Pro Tem.